MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Tel: (510) 637-6380
   Fax: (510 637-3724
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 10-00731 LHK |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER DOCUMENTING EXCLUSION |
| v. ) | OF TIME UNDER SPEEDY TRIAL ACT |
| ) | FROM MARCH 14, 2012 TO APRIL 4, |
| DUNG QUOC VO, ) | 2012. |
| ) | |
| Defendant. ) | |

The defendant, Dung Quoc Vo, and the government together respectfully stipulate as follows:

1. A status conference or change of plea hearing in this matter is currently set for March 14, 2012;

2. The parties are conferring over a potential disposition. Additional facts regarding the case have come to light since the last status conference and require additional investigation by the government and the defense.

In order to provide time for this investigation, the parties request that the Court set the matter for change of plea or status conference on April 4, 2012, at 9:00 a.m. The parties jointly request that the Court exclude the period of time between March 14, 2012, and April 4, 2012, under the

//

STIPULATION AND PROPOSED ORDER
RE SPEEDY TRIAL ACT

1  Speedy Trial Act for effective preparation of counsel, taking into account the exercise of due
2  diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3  IT IS SO STIPULATED.
4
5  Dated: March 13, 2012                    GEOFFREY A. HANSEN
                                            Acting Federal Public Defender
6
7
                                                    /s/
8                                           VARELL FULLER
                                            Counsel for Defendant
9
10
   Dated: March 13, 2012                    MELINDA HAAG
11                                          United States Attorney
12
13                                                  /s/
                                            MICHELLE J. KANE
14                                          Assistant United States Attorney
15
16
17                                          ORDER
18     The Court finds that, taking into the account the public interest in the prompt disposition of
19  criminal cases, granting the continuance until April 4, 2012, is necessary for effective preparation of govt
20  counsel and of defense counsel. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Given these circumstances, the
21  Court finds that the ends of justice served by excluding the period from March 13, 2012, through
22  April 4, 2012 outweigh the best interest of the public and the defendant in a speedy trial. *Id*. §
23  3161(h)(7)(A).
24     Accordingly, and with the consent of the defendant, the Court (1) sets a hearing on April 4,
25  //
26
27
28

STIPULATION AND ~~PROPOSED~~ ORDER
RE SPEEDY TRIAL ACT                         2

1  2012, at 9:00 a.m. and (2) orders that the period from March 14, 2012, through April 4, 2012, be
2  excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3  IT IS SO ORDERED.

5  Dated:   3/13       , 2012

   _____
   LUCY H. KOH
   United States District Judge